IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
LAUREN SACKMAN, individually      *
and as mother of Hannah Ross,     *
deceased, and as Administrator    *
of the Estate of Hannah Ross,     *
                                  *
      Plaintiff,                  *
                                  *
      v.                          *     CV 113-066
                                  *
BALFOUR BEATTY COMMUNITIES, LLC,  *
BALFOUR BEATTY MILITARY HOUSING   *
MANAGEMENT, LLC, JOHN DOE, JANE   *
DOE, RICHARD ROE CORPORATION,     *
and MARY DOE CORPORATION,         *
                                  *
      Defendants.                 *
```

# ORDER

Presently before the Court is Defendants' Notice of Settlement. (Doc. no. 66.) Defendants indicate they have reached an out-of-court settlement with Plaintiff that will fully dispose of all claims in this matter. Accordingly, Defendants move to continue the pre-trial conference set for February 18, 2015 and the commencement of jury selection and trial on February 23, 2015 to facilitate execution of the settlement agreement. Plaintiff consents to this request.

For good cause shown, the Court **GRANTS** Defendants' request for continuance. The pre-trial conference, jury trial, and deadlines set forth in this Court's September 26, 2014 Order and

Notice of Pre-trial Proceedings (doc. no. 48) are hereby **CONTINUED** until further notice.

The Court further **DIRECTS** the parties to file a status report by **FRIDAY, MARCH 20, 2015** detailing their progress in the event the agreement is not finalized before that date.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of February, 2015.

/s/ J. Randal Hall
Honorable J. Randal Hall
United States District Judge
Southern District of Georgia