IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| LAUREN SACKMAN, individually and as mother of Hannah Ross, deceased, and as Administrator of the Estate of Hannah Ross,<br><br>Plaintiff,<br><br>v.<br><br>BALFOUR BEATTY COMMUNITIES, LLC, BALFOUR BEATTY MILITARY HOUSING MANAGEMENT, LLC, JOHN DOE, JANE DOE, RICHARD ROE CORPORATION, and MARY DOE CORPORATION,<br><br>Defendants. | * * * * * * * * * * * * * * * * | CV 113-066 |

## O R D E R

Presently before the Court is the parties' Stipulation of Dismissal. (Doc. 68.) The parties have agreed to dismiss the above-referenced action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the Court **DISMISSES WITH PREJUDICE** all claims asserted in this matter. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of March, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA